UNITED STATES BANKRUPTCY COURT
District of New Jersey (Trenton)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/10/01.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
**Louise Pekarchik**
697 Snowdrop Ct.
Morganville, NJ 07751

| Social Security Number(s)/Taxpayer ID(s): 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 (Louise Pekarchik) | United States Bankruptcy Judge: Honorable Raymond T. Lyons, Jr. |
|---|---|
| Attorney for Debtor(s) (name and address): Anna C. Little 300 Kimball Street Suite 106 Woodbridge, NJ 07095 Telephone number: (732) 636-4901 | Trustee: Benjamin A. Stanziale, Jr. Stanziale & Stanziale 91 Main St. West Orange, NJ 07052 Telephone number: (973) 731-9393 |

### Meeting of Creditors:

Date:      **10/16/01**          Time:    **12:00 pm**

Location:    Room 129, 1st Floor, United States Courthouse, 402 E. State Street, Trenton, NJ 08608-1507

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
12/17/01

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court District of New Jersey 402 E. State Street Trenton, NJ 08608-1507 | **For the Court:** Clerk of the Bankruptcy Court: James J. Waldron |
|---|---|
| Business Hours: 8:30 a.m. - 4:00 p.m., Monday - Friday (except holidays) | Date: 09/10/01 |

000017

```
District/off: 0312-3            User: bown                Page 1 of 1              Date Rcvd: Sep 10, 2001
Case: 01-60434                  Form ID: B9A              Total Served: 24
```

The following entities were served by first class mail on Sep 12, 2001.
```
db        Louise Pekarchik,     697 Snowdrop Ct.,     Morganville, NJ  07751
aty       Anna C. Little,     300 Kimball Street,     Suite 106,     Woodbridge, NJ  07095
tr        Benjamin A. Stanziale, Jr.,     Stanziale & Stanziale,     91 Main St.,     West Orange, NJ  07052
ust       U.S. Trustee,     Suite 1400,     One Newark Center,     Newark, NJ  07102
ust       +U.S. Trustee,     Office of the US Trustee,     One Newark Center,     Suite 2100,
           Newark, NJ 07102-5235
9117976   Amex,     P.O. Box 1270,     Newark, NJ  07101-1270
9117985   Amoco Visa Associates Nation Bank,     P.O.Box 142289,     Irving, TX  75014-2289
9117977   +Bank of America Sunoco Master Card,     Attn: First Select Corp.,     5040 Johnson Dr.,
           Pleasanton, CA 94588-3333
9117979   +Chase Bank Card,     P.O. Box 15922,     Wilmington, DE  19850-5922
9117978    Chase Bank Card Services,     P.O. Box 52188,     Phoenix, AZ  85072-2188
9117988    Fashion Bug - Processing Center,     P.O. Box 4759,     San Antonio, TX  78265
9117981    Fleet Bank of New York,     P.O. Box 2197,     Boston, MA  02106-2197
9117983    HRS Value City,     P.O. Box 17602,     Baltimore, MD  21297-1602
9117986   +Home Depot,     P.O. Box 17602,     Atlanta, GA  30316-0602
9117984    JC Penney,     P.O. Box 32000,     Orlando, FL  32890
9117992    MBNA America Bank,     Attn: P.O.Box 159,     Laurel, MD  20725
9117987   +Macy's East,     P.O. Box 4580,     Carol Stream, IL  60197-4580
9117975    Mena America Bank,     P.O. Box 15021,     Wilmington, DE  19850
9117982    Nations Bank,     P.O. Box 7025,     Dover, DE  19903
9117993    Sallie Mae,     P.O. Box 4700,     Wilkes-Barre, PA  18773-4700
9117989    Sears Payment Center,     P.O. Box 182149,     Columbus, OH  43218-2149
9117990    Service Merchandise,     P.O. Box 697,     Dayton, OH  45401
9117991   +Sunoco,     P.O. Box 1466,     Newark, NJ  07101-1466
9117980    Wachovia Bank Card,     Bank Card Services,     P.O. Box 22058,     Tulsa, OK  74121
```

The following entities were served by electronic transmission on Sep 10, 2001 and receipt of the transmission was confirmed on:
```
9117984   EDI: TSYS.COM Sep 10 2001 16:06:00      JC Penney,     P.O. Box 32000,     Orlando, FL  32890
                                                                                          TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Sep 12, 2001                    Signature:    *[signed] Joseph Speetjens*