**STANZIALE & STANZIALE, P.C.**
91 Main Street
West Orange, New Jersey 07052-5468
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee
Benjamin A. Stanziale, Jr. (BAS 1470)

|  |  |
|---|---|
| In re<br><br>Louise Pekarchik,<br><br>　　　　Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 7 Proceeding<br><br>Case No. 01-60434/RTL |

**APPLICATION FOR LEAVE TO RETAIN STANZIALE & STANZIALE, P.C.
AS ATTORNEYS FOR TRUSTEE PURSUANT TO 11 U.S.C. §327(a)**

TO:　HONORABLE RAYMOND T. LYONS, JR.
　　　UNITED STATES BANKRUPTCY JUDGE

The application of Benjamin A. Stanziale, Jr., Chapter 7 Trustee, respectfully represents:

1. I am the Chapter 7 Trustee of the within estate.

2. In executing my duties as Trustee, it will be necessary to perform services on behalf of and for the benefit of the estate and its creditors for which counsel will be required. Such services will include, but are not limited to, the following:

    a. Preparing documents necessary to retain professionals required in the administration of the estate;

    b. Preparing notices, applications, motions, certifications and complaints and the prosecution or settlement thereof, on behalf of and for the benefit of the creditors of the estate;

    c. Assisting the Trustee in the liquidation of the assets of the estate as is appropriate under the circumstances;

    d. Reviewing and defending actions brought against the Trustee or the estate;

    e. Preparing for and attending depositions and document requests;



  f. Corresponding and conferring with the debtor and creditors of the estate, the Court, the Office of the United States Trustee and parties in interest; and

  g. For any other purpose not delineated herein that is necessary and proper to assist the Trustee in carrying out his duties in the administration of the estate.

3. For the reasons set forth above, it is respectfully requested that I be authorized to retain the law firm of Stanziale & Stanziale, P.C., whose offices are located at 91 Main Street, West Orange, New Jersey 07052, to act as my attorneys to assist me in carrying out my duties under this title.

4. Pursuant to 11 U.S.C. §327(a) Stanziale & Stanziale does not hold or represent an interest adverse to the Trustee or to the estate in the matters for which they are to be engaged and is a disinterested party within the meaning of the 11 U.S.C. §101(14).

5. Stanziale & Stanziale is highly experienced in bankruptcy law and related areas of law such as commercial litigation and transactional matters and is thoroughly competent to act as my attorneys in the administration of this estate.

6. Pursuant to D.N.J. LBR 2014-1(a), a copy of this application shall be served upon the Debtor, the Office of the United States Trustee, secured creditors and parties requesting notice.

WHEREFORE, it respectfully is requested that the Court enter an Order authorizing the retention of the law firm of Stanziale & Stanziale, P.C. as attorneys to the Trustee pursuant to 11 U.S.C. §327(a).

Dated: November 6, 2001

                _____
                Benjamin A. Stanziale, Jr.
                Trustee

# STANZIALE & STANZIALE

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BENJAMIN A. STANZIALE (1965-1998)
BENJAMIN A. STANZIALE JR.
DAVID C. STANZIALE *+

91 MAIN STREET
WEST ORANGE, N.J. 07052
(973) 731-9393 • FAX (973) 731-9401
E-MAIL: STANZLAW@AOL.COM

*Member of the NJ & PA Bar
+Certified by The Supreme Court
of New Jersey as a
Criminal Trial Attorney

November 6, 2001

Honorable Raymond T. Lyons, Jr.
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608-1507

   Re: Louise Pekarchik, Debtor
     Case No. 01-60434/RTL

Dear Judge Lyons:

 Enclosed for Your Honor's review, please find an original and two (2) copies of the following:

1. Application for an Order Authorizing Retention of Stanziale & Stanziale, P.C. as Attorneys for Trustee;

2. Certification of Benjamin A. Stanziale, Jr.;

3. Proposed form of Order; and

4. Certification of Service.

 If same meets with Your Honor's approval, please have a member of your staff return a conformed copy to the undersigned in the envelope provided.

              Respectfully submitted,
              STANZIALE & STANZIALE, P.C.

              Benjamin A. Stanziale, Jr.

BAS,Jr:kmf
Enclosure
cc: Office of the United States Trustee w/enclosure
  Louise Pekarchik w/enclosure
  Anna C. Little, Esq. w/enclosure
  First Select, Inc. w/enclosure
  Amoco Visa Associates National Bank w/enclosure