Courtroom 4
402 East State Street
Trenton, New Jersey 08608-1507

Honorable Raymond T. Lyons

MINUTE

MONDAY    12/03/01    10:00

FILED
JAMES J. WALDRON, CLERK
DEC 3 2001
U.S. BANKRUPTCY COURT
TRENTON, N.J.
_____ DEPUTY

Docket #: 01-60434   Debtor: Pekarckik, Louise

Matter: Motion For Accounting And Turnover Of Property Of The Estate

Filed on: 11/13/01

: Trustee by Benjamin A. Stanziale

Other Appearances:

Trustee

Attorney for Trustee                  _Stanziale_____

Attorney for Debtor

Attorney for Creditors Committee

U.S. Trustee

Attorneys for Creditors

Attorney for Moving Party

Note:

[✓] Granted       [___] Std Order

[___] Denied      [___] Std Order

[___] Withdrawn   [___] COTBS   [___] Adjourned to _____ at _____

[___] Other       _ole_____

MISCELLANEOUS:

Chapter: 7    Matter Document Nbr:

