Form B18(Official Form 18)
(9/97)

United States Bankruptcy Court
District of New Jersey
United States Bankruptcy Court
District of New Jersey
402 E. State Street
Trenton, NJ 08608-1507

In Re:

**Louise Pekarchik**
697 Snowdrop Ct.
Morganville, NJ 7751
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

Debtor(s):

)
)
)
)
)
)
) Case Number: 01-60434
)
)
)
)
)
) Chapter: 7
)
)
)
)
)

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Date: December 26, 2001**

**BY THE COURT**

Honorable Raymond T. Lyons, Jr.
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Form DIS

000014

# CE     IFICATE  OF  S     VICE

00 Commerce Park Drive
'.  600
ton, Virginia 22091-1506

District/off: 0312-3          User: bown              Page 1 of 1             Date Rcvd: Dec 20, 2001
Case: 01-60434               Form ID: DIS             Total Served: 27

The following entities were served by first class mail on Dec 22, 2001.
```
db       Louise Pekarchik,   697 Snowdrop Ct.,   Morganville, NJ  07751
aty      Anna C. Little,   300 Kimball Street,   Suite 106,   Woodbridge, NJ  07095
aty      Benjamin A. Stanziale,   Stanziale & Stanziale,   91 Main St.,   West Orange, NJ  07052
aty      Wendell H. Livingston,   Becket & Lee, LLP,   P.O. Box 3001 Dept. V,   Malvern, PA  19355-0701
tr       Benjamin A. Stanziale, Jr.,   Stanziale & Stanziale,   91 Main St.,   West Orange, NJ  07052
ust      U.S. Trustee,   Suite 1400,   One Newark Center,   Newark, NJ  07102
ust      +U.S. Trustee,   Office of the US Trustee,   One Newark Center,   Suite 2100,
         Newark, NJ  07102-5235
ust      U.S. Trustee,   US Dept of Justice,   Office of the US Trustee,   One Newark Center Ste 2100,
         Newark, NJ  07102
9117976  Amex,   P.O. Box 1270,   Newark, NJ 07101-1270
9117985  Amoco Visa Associates Nation Bank,   P.O.Box 142289,   Irving, TX 75014-2289
9117977  +Bank of America Sunoco Master Card,   Attn: First Select Corp.,   5040 Johnson Dr.,
         Pleasanton, CA 94588-3333
9117979  +Chase Bank Card,   P.O. Box 15922,   Wilmington, DE 19850-5922
9117978  Chase Bank Card Services,   P.O. Box 52188,   Phoenix, AZ 85072-2188
9117988  Fashion Bug - Processing Center,   P.O. Box 4759,   San Antonio, TX 78265
9117981  Fleet Bank of New York,   P.O. Box 2197,   Boston, MA 02106-2197
9117983  HRS Value City,   P.O. Box 17602,   Baltimore, MD 21297-1602
9117986  +Home Depot,   P.O. Box 17602,   Atlanta, GA 30316-0602
9117992  MBNA America Bank,   Attn: P.O.Box 159,   Laurel, MD 20725
9117987  +Macy's East,   P.O. Box 4580,   Carol Stream, IL 60197-4580
9117975  Mena America Bank,   P.O. Box 15021,   Wilmington, DE 19850
9117982  Nations Bank,   P.O. Box 7025,   Dover, DE 19903
9117993  Sallie Mae,   P.O. Box 4700,   Wilkes-Barre, PA 18773-4700
9117989  Sears Payment Center,   P.O. Box 182149,   Columbus, OH 43218-2149
9117990  Service Merchandise,   P.O. Box 697,   Dayton, OH 45401
9117991  +Sunoco,   P.O. Box 1466,   Newark, NJ 07101-1466
9117980  Wachovia Bank Card,   Bank Card Services,   P.O. Box 22058,   Tulsa, OK 74121
```

The following entities were served by electronic transmission on Dec 20, 2001 and receipt of the transmission
was confirmed on:
```
9117984  EDI: TSYS.COM Dec 20 2001 15:58:00    JC Penney,   P.O. Box 32000,   Orlando, FL 32890
                                                                                   TOTAL: 1
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

Date: Dec 22, 2001                    Signature:  _Joseph Speetjens_

000014